FILED
2019 JUL 23 AM 11:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. 19CR00131-DOC |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 641: Theft of Government Property] |
| DARINA SKY WILLIAMS, | [CLASS A MISDEMEANOR] |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 641]

On or about July 31, 2014, in Orange County, within the Central District of California, defendant DARINA SKY WILLIAMS knowingly and willfully stole, purloined, and converted to her own use money of the United States Social Security Administration (the "SSA"), a department and agency of the United States, namely, Survivor Insurance Benefits intended for her mother, S.W., in the

//
//
//
//

amount of $250, to which defendant WILLIAMS knew that she was not entitled, with the intent to deprive the SSA of the use and benefit of that money.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

DAVID H. CHAO
Special Assistant United States Attorney
General Crimes Section